HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
DAVID H. HARSHAW III, KY BAR #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-6666/Fax 916-498-6656
david_harshaw@fd.org

Attorneys for Defendant
ADAM MONEYHON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM MONEYHON,<br><br>Defendant. | Case No. 6:16-po-00431 MJS<br><br>UNOPPOSED REQUEST FOR RULE 43 WAIVER STATUS FOR ARRAIGNMENT, PLEA AND SENTENCING; ORDER THEREON<br><br>Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Adam Moneyhon, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right of personal appearance for arraignment and for any change of plea proceedings and sentencing, and that he be allowed to appear via video conference. *The government has no objection to Mr. Moneyhon not being personally present.* This Court has the discretion under Rule 43(b)(2) to allow Mr. Moneyhon to appear by video conference for arraignment and for plea and sentencing. Mr. Moneyhon also requests that he be excused from attendance at any status conferences where only scheduling is discussed. *See* Rule 43(b)(3).

Mr. Moneyhon is charged by criminal complaint with three offenses. He is charged with two counts of possessing a pet in a closed area in violation of of 36 CFR § 2.15(a)(1); and one count of giving false information to an authorized person investigating in violation of 36 C.F.R. 2.32(a)(3)(i).

Mr. Moneyhon lives in Ohio. He is unemployed and living off of his retirement. It would be a financial hardship for him to travel to Yosemite.

Accordingly, Mr. Moneyhon respectfully requests the Court grant a waiver of his right and obligation to be personally present for his initial appearance and any plea or sentencing.

Dated: December 2, 2016

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ DAVID HARSHAW*
    DAVID H. HARSHAW III
    Assistant Federal Defender

    Attorney for Defendant
    ADAM MONEYHON

I consent to the above.

Dated: December 6, 2016

    /s/ Adam Moneyhon
    ADAM MONEYHON
    Defendant

## O R D E R

Good Cause Appearing and the Government having no objection, the above requests for waiver of Defendant's personal appearance and to appear via video conference at arraignment and plea and sentencing hearing in Case No. 6:16-po-00431 MJS is granted by order of the court **on conditions that**: 1) Defendant make necessary arrangements to appear via a secure, Court-approved video conferencing system; and, 2) a fully executed written plea agreement be provided to the Court at least three days before any plea and sentencing hearing.

IT IS SO ORDERED.

Dated: December 7, 2016      /s/ *Michael J. Seng*
    UNITED STATES MAGISTRATE JUDGE