HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
DAVID H. HARSHAW III, KY BAR #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-6666/Fax 916-498-6656
david_harshaw@fd.org

Attorneys for Defendant
ADAM MONEYHON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM MONEYHON,<br><br>Defendant. | Case No. 6:16-po-00431 MJS<br><br>MOTION FOR APPOINTMENT OF COUNSEL; ORDER THEREON<br><br>Judge: Hon. Michael J. Seng |

Defendant, Adam Moneyhon, requests appointment of the Federal Public Defender in this matter.  He is currently unemployed and living off of his retirement.  An affidavit of indigency is attached.

Dated:  December 7, 2016

                                              HEATHER E. WILLIAMS
                                              Federal Defender


                                              */s/ DAVID HARSHAW*
                                              DAVID H. HARSHAW III
                                              Assistant Federal Defender

                                              Attorney for Defendant
                                              ADAM MONEYHON

**O R D E R**

Good Cause Appearing, the Federal Public Defender is appointed to represent Defendant Adam Moneyhon in this matter.

IT IS SO ORDERED.

Dated:   December 12, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE