1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ADAM MONEYHON

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 6:16-po-00431-MJS
12 |                  Plaintiff,       | **MOTION TO VACATE APRIL 17, 2018 REVIEW HEARING; ORDER**
13 | vs.                               |
14 | ADAM MONEYHON,                    |
15 |                  Defendant.       |

16

17      Defendant Adam Moneyhon hereby requests that the Court vacate the April 17, 2018

18 review hearing.  The Government is in agreement with the request.

19      On May 23, 2017, the Court sentenced Mr. Moneyhon to 12 months of unsupervised

20 probation, with the conditions that he obey all laws and advise the Court and Government within

21 seven days of being cited or arrested for any alleged violation of law.  The Court also ordered

22 Mr. Moneyhon to pay a $500 fine.

23      At this point, Mr. Moneyhon has paid his fine in full and has had no new violations of

24 law. Accordingly, Mr. Moneyhon respectfully requested that this Court vacate the April 17, 2018

25 review hearing.

26 //

27 //

28 //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 27, 2018
/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ADAM MONEYHON

**O R D E R**

Based on the parties' joint representation that defendant Adam Moneyhon, Case No. 6:16-po-00431-MJS, is in compliance with the conditions of his probation, the Court vacates the April 17, 2018 review hearing.

IT IS SO ORDERED.

Dated: March 30, 2018        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE